**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **David L. Jones,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.   4:09-cv-01321-AGF |
| **Social Security Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On August 17, 2009, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Stephen N Limbaugh, Jr, U.S. District Judge.

Dated this 18th day of August, 2009.

                                      JAMES G. WOODWARD
                                      Clerk of Court

                                      By: /s/ Karen Moore
                                      Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**

**1:09-cv-00114-SNLJ.**