UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DAVID L. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:09CV114 SNLJ(LMB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for attorney's fees (#18), filed August 18, 2010. Defendant filed a response (#20) on August 23, 2010.

This Court ordered (#16) that the report and recommendation of U.S. Magistrate Judge Lewis M. Blanton (#15), filed July 13, 2010, be sustained, adopted and incorporated in the order of July 28, 2010. Plaintiff now comes pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 and requests that this Court award her attorney's fees in the amount of $2,657.81 to be paid to plaintiff's attorney, Traci L. Severs, for 15.55 hours of work on this case. Plaintiff also requests reimbursement of the $350.00 filing fee from the Judgment Fund administered by the United States Treasury. The defendant has no objections to payment of the award under the EAJA directly to plaintiff's counsel, and the defendant agrees that plaintiff should be compensated for the filing fee of $350.00 from the Judgment Fund administered by the United States Treasury. This Court finds that there are no circumstances in this case that would make an award under the EAJA unwarranted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant pay fees and expenses in the amount of $3007.81, paid directly to plaintiff's attorney, Traci L. Severs.

Dated this __30th__ day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE